**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:26-cv-61753**

KENDALYN PHILLIPS,
*individually and on behalf of all others similarly situated*,

Plaintiff,

v.

PADSPLIT, INC.,

Defendant.
_____________________________________/

**NOTICE OF REMOVAL**

Defendant, PadSplit, Inc. ("PadSplit"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, removes this action from the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division. As grounds for removal, PadSplit states:

## I. The State Court Action

On May 4, 2026, Plaintiff, Kendalyn Phillips, individually and on behalf of all others similarly situated, commenced this action in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, styled *Kendalyn Phillips v. PadSplit Inc.*, Case No. CACE-26-007417. A true and correct copy of Plaintiff's Complaint is attached as **Exhibit 1**. PadSplit was served with the Summons and Complaint on June 2, 2026. A true and correct copy of the Summons and the document reflecting service upon PadSplit are attached as **Exhibits 2 and 3, respectively.**

## II. Removal Based on Federal Question Jurisdiction

This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §

1331 because Plaintiff's claims arise under federal law. Plaintiff brings a putative class action alleging that PadSplit violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(c), and its implementing regulations, 47 C.F.R. § 64.1200(c) and (d), by sending unsolicited telemarketing communications to Plaintiff and putative class members after they registered on the National Do Not Call Registry and/or requested that the communications cease. *See* Ex. 1. Plaintiff seeks, among other relief, statutory damages and injunctive and declaratory relief for PadSplit's alleged violations of the TCPA and its implementing federal regulations. *Id.*

Because the Complaint expressly asserts claims arising under federal law and seeks statutory damages and injunctive relief under the TCPA, this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331, and removal is proper under 28 U.S.C. § 1441(a). Venue is proper in the United States District Court for the Southern District of Florida because the state court action is pending in Broward County, Florida, which lies within this District and Division. Pursuant to 28 U.S.C. § 1446(a), true and legible copies of each paper docketed in state court are attached as follows:

**Exhibit 1** – Complaint, filed May 4, 2026

**Exhibit 2** – Summons, filed May 24, 2026

**Exhibit 4** – Civil Cover Sheet, filed May 4, 2026

This Notice of Removal is being filed within 30 days after PadSplit's receipt, through service, of the Summons and Complaint and is therefore timely under 28 U.S.C. § 1446(b). The federal court Civil Cover Sheet is attached as **Exhibit 5.** Promptly after filing this Notice of Removal, PadSplit will provide written notice of the removal to Plaintiff and file a copy of this Notice with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant, PadSplit, Inc., respectfully requests this action be removed to the United States District Court for the Southern District of Florida.

***/s/ Autumn P. George***
Autumn P. George, Esq., FBN: 0078189
Galloway, Johnson, Tompkins, Burr & Smith, PLC
6622 Southpoint Drive, Suite 420
Jacksonville, FL 32216
Tel: 904-659-0057
Fax: 904-659-0157
ageorge@gallowaylawfirm.com
jaxservice@gallowaylawfirm.com
*Counsel for Defendant, PadSplit, Inc.*

## CERTIFICATE OF SERVICE

I certify that on Monday, June 22, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of Florida by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. A copy of the foregoing has also been furnished by e-mail to Plaintiff's Counsel on the Service List below:

## SERVICE LIST

Mitchell D. Hansen, Esq., FBN: 1065929
Zane C. Hedaya, Esq., FBN: 1048640
Gerald D. Lane, Jr. , Esq., FBN: 1044677
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, Florida 33305
Telephone: (813) 340-8838
mitchell@jibraellaw.com
zane@jibraellaw.com
gerald@jibraellaw.com
*Counsel for Plaintiff*

***/s/ Autumn P. George***
Autumn P. George, Esq.